UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

Fred Horenburger, an individual,

    Plaintiff,

v.

Synchrony Bank, f/k/a GE Capital Retail Bank,
a Utah Corporation,

    Defendant.
_____/

## COMPLAINT JURY DEMAND

1.    Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C §227, et seq. ("TCPA") against Defendant.

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §1331 and 47 U.S.C. §227. Venue in this District is proper because Plaintiff resides here and Defendants placed telephone calls to Plaintiff in this District.

## PARTIES

4.    Plaintiff, Fred Horenburger ("Plaintiff"), is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

5.    Defendant, Synchrony Bank, formerly known as named GE Capital Retail Bank, is a federal savings bank with a principal place of business at 170 West Election Road, Suite 125, Draper Utah 84020. This name change became effective on June 2, 2014.

## FACTUAL ALLEGATIONS

6. Defendant, or others acting at its request, used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

7. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

8. Defendant knew or should have known that they were calling the wrong person, but Defendant continued to call Plaintiff's cell phone utilizing an automatic telephone dialing system or a pre-recorded or artificial voice.  Therefore, Defendant willfully and/or knowingly violated the TCPA.

## COUNT I

## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT

9. Plaintiff incorporates Paragraphs 1 through 8.

10. Defendant, or others acting at its request, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that this Court enter judgment in favor of Plaintiff and against Defendants for:

    a. Damages;

    b. a declaration that Defendants' calls violate the TCPA;

    c. a permanent injunction prohibiting Defendants from placing non-emergency calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 24th day of December 2014.

                                Respectfully submitted,

                                /s/ Steven Holzman

                                Steven C. Holzman, Esq.
                                *Attorney for Plaintiff*
                                 Fla. Bar. 667617

                                Law Offices of Steven C. Holzman, PA
                                4400 North Federal Hwy
                                Lighthouse Point, FL 33064
                                Telephone:  561-789-5366
                                scholzmanlaw@gmail.com