AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| Fred Horenburger, an individual, | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 14cv81600-KLR |
| Synchrony Bank, f/k/a GE Capital Retail Bank, a Utah Corporation, | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Synchrony Bank, f/k/a GE Capital Retail Bank
170 West Election Road
Suite 125
Draper, Utah 84020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law offices of Steven C. Holzman, PA
Steven C. Holzman, Esq
4400 North Federal Hwy
Lighthouse Point, FL 33064
T: 561-789-5366

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Dec 29, 2014

Steven M. Larimore
Clerk of Court

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts