UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-81600-CIV-RYSKAMP/HOPKINS

FRED HORENBURGER, an individual,

    Plaintiff,

v.

SYNCHRONY BANK F/K/A GE CAPITAL
RETAIL BANK, a Utah Corporation,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court pursuant to the joint stipulation for dismissal with prejudice, filed June 19, 2015 **[DE 16]**.  It is hereby

ORDERED AND ADJUDGED that the above-styled case is DISMISSED WITH PREJUDICE with each party to bear their own costs and attorneys' fees.  This matter is hereby REMOVED from the March 21, 2016 trial calendar.  The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 29th day of June, 2015.

                                                  S/Kenneth L. Ryskamp
                                                KENNETH L. RYSKAMP
                                                UNITED STATES DISTRICT JUDGE